# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2019

## NO. 03-18-00706-CV

**Aleana Sullivan, Appellant**

**v.**

**Cody Sullivan, Appellee**

## APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the final order signed by the trial court on October 5, 2018. Having reviewed the record, the Court holds that Aleana Sullivan has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.